IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
at KANSAS CITY DIVISION

**THE HARTFORD FIRE INSURANCE COMPANY**
    **Plaintiff**

vs.                                            Case No. 05-2001-KHV

**P&H CATTLE COMPANY, INC.,**
**TIM REECE d/b/a REECE CATTLE COMPANY,**
**EMPORIA LIVESTOCK SALES, INC.**
**OLMA V. PEAK,**
**VELMA M. PEAK, a/k/a VELMA PEAK,**
**AMBY SCOTT PEAK, TRUSTEE,**
**VIRGINIA L. MORRIS, TRUSTEE,**
**CHRYSANNA M. HASELHORST, TRUSTEE**
**OLMA V. PEAK AND VELMA M. PEAK**
**IRREVOCABLE TRUST.**
    **Defendants.**

## SUGGESTION OF DEATH REGARDING OLMA V. PEAK

    **COMES NOW** the Defendant, Velma Peak, and file this Suggestion of Death Regarding Olma V. Peak.  Velma Peak would state and alleged that on the 17th day of May, Olma V. Peak died in Emporia, Kansas.

    Respectfully submitted this 6th day of June, 2008.

                                                                /s/Phillip L. Turner_____
                                                                Dan E. Turner, #6300
                                                                Phillip L. Turner, #12577
                                                                801 S. W. Western Avenue
                                                                Topeka, KS  66606
                                                                (785) 357-6541
                                                                (785) 357-5126 (fax)
                                                                TurnerOffice@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Frank Wendt
Niewald, Waldeck & Brown
120 West 12th Street, Suite 1300
Kansas City, Missouri 64105-1932
Attorney for Plaintiff The Hartford
(816) 471-7000
(816) 474-0872 (fax)

/s/Phillip L. Turner_____
Dan E. Turner, #6300
Phillip L. Turner, #12577
801 S. W. Western Avenue
Topeka, KS  66606
(785) 357-6541
(785) 357-5126 (fax)
TurnerOffice@aol.com