**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
at KANSAS CITY DIVISION**

**THE HARTFORD FIRE INSURANCE COMPANY**
    **Plaintiff**

vs.                                                                          Case No. 05-2001-KHV

**P&H CATTLE COMPANY, INC.,
TIM REECE d/b/a REECE CATTLE COMPANY,
EMPORIA LIVESTOCK SALES, INC.
OLMA V. PEAK,
VELMA M. PEAK, a/k/a VELMA PEAK,
AMBY SCOTT PEAK, TRUSTEE,
VIRGINIA L. MORRIS, TRUSTEE,
CHRYSANNA M. HASELHORST, TRUSTEE
OLMA V. PEAK AND VELMA M. PEAK
IRREVOCABLE TRUST.**
    **Defendants.**

---

### RESPONSE AND OBJECTION TO MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND OTHER DEADLINES

    **COMES NOW** the Defendants, except for Olma Peak, and file this Response and Objection to the Motion of the Plaintiff and would state and alleged the following:

1. The Scheduling Order was entered in the bifurcated proceeding over four months after the decision of the Court of Appeals.

2. The Plaintiff conducted no discovery other than in regard to the judgment aid and execution hearings.

3. The Plaintiff has not set forth any reasonable grounds why discovery should be continue to be held open when it has not conducted any further discovery since the aid and execution discovery.

4.The Plaintiff has not set forth any justification to continue the current deadlines as to discovery.

WHEREFORE, the Defendants, except for Olma Peak, respectfully request that the Court deny the Motion of the Plaintiff and for such further and other relief as is just and equitable.

Respectfully submitted this 11th day of June, 2008.

/s/Phillip L. Turner_____
Dan E. Turner, #6300
Phillip L. Turner, #12577
801 S. W. Western Avenue
Topeka, KS  66606
(785) 357-6541
(785) 357-5126 (fax)
TurnerOffice@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Frank Wendt
Niewald, Waldeck & Brown
120 West 12th Street, Suite 1300
Kansas City, Missouri 64105-1932
Attorney for Plaintiff The Hartford
(816) 471-7000
(816) 474-0872 (fax)

/s/Phillip L. Turner_____
Dan E. Turner, #6300
Phillip L. Turner, #12577
801 S. W. Western Avenue
Topeka, KS  66606
(785) 357-6541
(785) 357-5126 (fax)
TurnerOffice@aol.com