**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **HARTFORD FIRE INSURANCE COMPANY,** ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | |
| **P & H CATTLE COMPANY, INC. et al.,** ) ) | Case No. 05-2001-KHV |
| **Defendants.** ) | |

## MOTION TO SUBSTITUTE DEFENDANT AND REQUEST FOR HEARING

**COMES NOW**, Plaintiff, Hartford Fire Insurance Company, and moves to substitute the Estate of Olma V. Peak as Defendant, for Olma V. Peak pursuant to Fed. R. Civ. P. 25(a)(1), and shows the Court as follows:

1. Olma V. Peak, a Defendant in this Action, died on May 17, 2008 in Emporia, Kansas.

2. Defendant Velma Peak filed her Suggestion of Death Regarding Olma V. Peak on June 6, 2008.

3. A Petition for Appointment of Special Administrator was filed by Olma V. Peak, Jr. on August 19, 2008 in the District Court of Lyon County, Kansas. *See* Petition attached hereto as EXHIBIT A.  The District Court of Lyon County issued its Letters of Special Administration on August 21, 2008 to Olma Vic Peak, Jr.  *See* Letters of Special Administration attached hereto as EXHIBIT B.

4. The Special Administrator of the Estate of Olma V. Peak is the decedent's successor for purposes of this action.

5. This Motion is filed within 90 days after service of the Suggestion of Death Regarding Olma V. Peak pursuant to Fed. Rule Civ. Pro. 25(a)(1).

6. Rule 25(a)(3) of the Federal Rules of Civil Procedure require that this motion "together with a notice of hearing, must be served on. . . nonparties as provided in Rule 4." Plaintiff requests this Court set this motion for hearing as required. Plaintiff will serve the Special Administrator in accordance with Rule 4 of the Federal Rules of Civil Procedure with a copy of this motion and notice of hearing thereafter.

7. This Motion is not for the purpose of delay, but to ensure that the appropriate parties are joined to this action.

    Respectfully submitted,

    **BROWN & DUNN, PC**

    By:  s/ *Frank Wendt*
    Frank Wendt, KS Bar # 13924
    2300 Commerce Tower
    911 Main Street
    Kansas City, MO  64105
    (816) 292-7000 Telephone
    (816) 292-7050 Facsimile
    fwendt@browndunn.com
    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was sent via U.S. Mail, postage prepaid, on this 27th day of August, 2008 to:

Dan E. Turner, Esq.
Philip L. Turner, Esq.
Turner & Turner
801 SW Western Avenue
Topeka, KS   66606

Thomas A. Krueger, Esq.
Krueger & Williams
501 Commercial
P.O. Box 728
Emporia, KS 66801-0728

Olma Vic Peak, Jr.
1240 Road 190
Emporia, KS 66801

                                                s/ *Frank Wendt*
                                                Frank Wendt