**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **HARTFORD FIRE INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | |
| **P & H CATTLE COMPANY, INC. et al.,** | ) ) | Case No. 05-2001-KHV |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that copy of Defendant's Motion to Substitute Parties and Request for Hearing and Order denying Plaintiff's Request for a Hearing on its Motion to Substitute Defendant were served in accordance with Fed. R. Civ. P. 4(e)(1) by following K.S.A. § 60-303(c) and serving via U.S. Mail, certified return receipt requested delivery on this 11th day of September, 2008 to:

Olma Vic Peak, Jr.
1240 Road 190
Emporia, KS 66801

Respectfully submitted by:

**BROWN & DUNN, P.C.**

By:    s/ Frank Wendt
Frank Wendt, # 34244
911 Main Street, Suite 2300
Kansas City, MO 64105
(816) 292-7000 Telephone
(816) 292-7050 Facsimile
fwendt@browndunn.com
ATTORNEYS FOR HARTFORD FIRE
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing was, on this 11th day of September, 2008, filed and served electronically by the Clerk of the Court to all parties receiving electronic notice and by U.S. Mail, postage prepaid, to the following:

Dan E. Turner, Esq.
Philip L. Turner, Esq.
Turner & Turner
801 SW Western Avenue
Topeka, KS   66606

Thomas A. Krueger, Esq.
Krueger & Williams
501 Commercial
P.O. Box 728
Emporia, KS 66801-0728

                s/ *Frank Wendt*
                Frank Wendt